**AFFIRM; and Opinion Filed June 6, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00938-CR**
**No. 05-15-00939-CR**

**DEMARCUS JERMANE SAMPSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-12092-L, F09-12093-L**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

Demarcus Jermane Sampson appeals his convictions, following the adjudication of his guilt, for engaging in organized criminal activity. The trial court assessed punishment at twenty-five years' imprisonment in each case. On appeal, Sampson's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Sampson. We advised Sampson of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments adjudicating guilt.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150938F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEMARCUS JERMANE SAMPSON,
Appellant

No. 05-15-00938-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F09-12092-L.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.

Judgment entered this 6th day of June, 2016.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEMARCUS JERMANE SAMPSON,
Appellant

No. 05-15-00939-CR　　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F09-12093-L.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.

Judgment entered this 6th day of June, 2016.